UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Application of Raphael Avraham
Sternberg

                            **Petitioner**

     1:26-mc-28 (ALC)

     **ORDER**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 29, 2026, Petitioner Raphael Avraham Sternberg moved for voluntary

dismissal pursuant to Rule 45. ECF No. 9. Rule 41 deals with voluntary dismissal. Petitioner is

ORDERED to re-file for voluntary dismissal pursuant to the appropriate rule.

**SO ORDERED.**

**Dated:**   January 29, 2026

       New York, New York

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**